

DEPARTMENT OF HEALTH & HUMAN SERVICES                                   Program Support Center

Rockville, MD 20857
JUN 1 3 2012

# CERTIFICATE OF INDEBTEDNESS

Patrick Taulman
c/o Daiichi Sankyo
2 Hilton Ct
Parsippany, NJ 07054
Ref: 10001906

**Total debt due the United States of America as of May 31, 2012: $55,778.68 (principal $34,200.00, interest $21,578.68, administrative costs $0.00).**

I certify that the Department of Health and Human Services' records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $34,200.00 after May 31, 2012, at the rate of 12.375%. Interest accrues on the principal amount of this debt at the rate of $11.60 per day.

You received trainee awards under the provisions of 42 U.S.C. 288, as amended, for the National Research Service Award (NRSA) Program within the U.S. Public Health Service (PHS), Department of Health and Human Services (HHS). Subsequently, you received $34,200.00 (stipends) for the periods beginning April 28, 2004, and ending April 27, 2005. The amount subject to financial payback is $34,200.00.

These awards were made upon the condition that within two (2) years after the termination of your award you engage in biomedical or behavioral research or teaching or any combination thereof in accordance with usual patterns of academic employment.

Your NRSA award was terminated on April 27, 2005. In accordance with Section 487 of the Public Health Service Act (42 U.S.C. 288) as amended, and the terms of your NRSA Payback Agreement, you were required to serve one month for each month of training. You were in training for twelve (12) months, and were therefore required to begin your twelve (12) months of obligated service on or before April 27, 2007.

You failed to submit the required annual report containing pertinent employment information. Therefore, you were declared in breach of your NRSA Payback Agreement as of April 27, 2007, for failing to undertake appropriate payback service within two (2) years of the termination of your NRSA support.

By letter dated between October 30, 2007, you were informed that your Annual Payback Activities Certification (APAC) forms had not been received. You were advised to respond regarding your plans for fulfilling your payback obligation. You did not respond.

Section 487 of the Public Health Service Act (42 U.S.C. 288) and the terms of your NRSA Payback Agreement require that your financial payback obligation must be paid within three (3) years of the date you breached your agreement. The amount the United States is entitled to recover is equal to the total stipend $34,200.00 (plus interest) and was to have been paid in full by April 27, 2010.

By letter dated December 1, 2008, you were notified that payment in full must be received within thirty (30) days or your debt would be referred to the Internal Revenue Service, the U.S. Department of Treasury, and the U.S. Department of Justice (DOJ) for enforced collection. You did not make any payments, nor did you respond.

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - PATRICK TAULMAN

You were notified by letter dated March 18, 2010, that your debt was seriously delinquent, and that failure to remit payment in full or enter into a repayment agreement within thirty (30) days would result in your account being referred to a collection agency, the U.S. Department of Treasury, or the DOJ for enforced collection. You did not make any payments, nor did you respond.

By letter dated July 29, 2010, you were notified that your account had been referred to NCO Financial Systems for collection. You were advised that your account would be referred to the DOJ if you failed to either remit payment in full or enter into a repayment agreement. You did not make any payments, nor did you respond.

In a letter dated August 13, 2010, you were notified of the HHS' intent to refer your debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, a repayment agreement, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not respond.

A final notice regarding your debt was sent to you on September 9, 2011, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being reported to consumer reporting agencies and your account being transferred to the U.S. Department of Treasury or the DOJ for enforced collection. You remained unresponsive.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of New Jersey, Federal Building, Rm 701, 970 Broad St, Newark, NJ 07102-2506.

CERTIFICATION: Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

JUN 1 3 2012
_____
Date

_____
Barry M. Blum
Chief, Referral Control Section
Debt Management Branch